EXHIBIT B

Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

| Claim language | Information Relating to the Tablo Dual 64 GB OTA DVR |
| --- | --- |
| 1. A digital video recorder (DVR) for recording a plurality of television broadcast programs, comprising: | Tablo Dual 64 GB OTA DVR: "A network-connected DVR, Tablo is a whole-home-DVR and placeshifter combined that uses WiFi or Ethernet to stream live and recorded HDTV content to Tablo apps on all the connected devices inside your home or anywhere you have high-speed internet." https://www.tablotv.com/products/tablo-dual-ota-dvr/.<br><br>"Concurrent Streams: Watch and record up to two shows simultaneously." https://www.tablotv.com/products/tablo-dual-ota-dvr/. |
| a mass data storage unit that concurrently and continuously receives and digitally stores a plurality of television broadcast programs together with time information to allow said plurality of stored television broadcast programs to be synchronized with respect to one another; and | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR includes a mass data storage unit that concurrently and continuously receives and digitally stores a plurality of television broadcast programs.<br><br>The Tablo Dual 64 GB OTA DVR includes "64GB of onboard storage gives cord cutters 40 hours of HD recording storage, right out of the box." https://www.tablotv.com/products/tablo-dual-ota-dvr/.<br><br>The Tablo receives digital OTA television signals:<br><br>Tablo (INCL.) · Hi-Speed Internet · Smart TV ** · Streaming Media/Gaming Device **<br>HDTV ANTENNA To receive OTA content · USB HARD DRIVE (OPTIONAL) To record even more HDTV · HIGH-SPEED INTERNET To download guide data and stream HDTV out-of-home · WIRELESS ROUTER To stream HDTV to connected devices · SMARTPHONE, TABLET OR COMPUTER To set up your Tablo DVR · SMART TV ** To watch TV using the Tablo App · STREAMING MEDIA/ GAMING DEVICE ** To watch Tablo content on your TV<br><br>https://www.tablotv.com/products/tablo-dual-ota-dvr/.<br><br>"Most of your favorite network TV shows and prime time sports are broadcast live for FREE to anyone who can receive a signal through a digital TV antenna. Want to know which TV shows are broadcast Over-The-Air (OTA) during prime time in your area? Let's find out!" |



| | |
|---|---|
| | https://www.tablotv.com/tools/<br><br>The Tablo Dual 64 GB OTA DVR digitally stores recorded programs: "Video Format: H.264 (HLS: HTTP Live Streaming)." https://www.tablotv.com/tools/; *see also* https://support.tablotv.com/hc/en-us/articles/201445386-What-compression-audio-video-codes-does-Tablo-use- (Tablo Support: "We transcode ATSC MPEG 2 to H.264. The Tablo currently transcodes the AC3 to two channel AAC.").<br><br>The Tablo Dual 64 GB OTA DVR also concurrently and continuously receives and digitally stores a plurality of television broadcast programs: "Concurrent Streams: Watch and record up to two shows simultaneously."<br><br>https://www.tablotv.com/products/tablo-dual-ota-dvr/<br><br>The Tablo Dual 64 GB OTA DVR also receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the Tablo system displays a program guide containing information regarding the start and end times of programs. |



Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

Live TV
3:50 PM
degrassi
Degrassi: The Next Generation
INFO
REC
Uptown Girl / Season 8 / Episode 1
Started 20 mins ago on 11-1 CHCH-DT
Missing Guide Data
3:30 PM
4:00 PM
4:30 PM
5:00 PM
5:30 PM
6:00 PM
6:30 PM
11-1 CHCH-DT
Degrassi: The Next Generation
Bloomberg Markets: Canada NEW
Cheers
Happy Days
Evening News at 6
14-1
42-1
Harry NEW
Hot Bench NEW
Hot Bench NEW
Dr. Quinn, Medicine Woman
Judge Judy NEW
43-1
The Dr. Oz Show NEW
Celebrity Style Story
etalk
Dr. Phil NEW
Degrassi: The Next Generation
60-1
A Regra do Jogo NEW
Laços de Sangue NEW
Silvana Sin Lana NEW
Italian Evening: RAI TG1 Newscast
65-1
Family Feud NEW
Celebrity Name Game
Celebrity Name Game
CityNews at 5
CityNews at 6

https://www.tablotv.com/tv-guide-data-subscriptions/

This is also evidenced, for example, by the Tablo system's ability to display an on-screen timer for a program stored or being stored on the Tablo Dual 64 GB OTA DVR that illustrates (among other things) the user's current point in a program: "Scroll to any point in the recording – The scrubber bar lets you zoom through commercials or to a specific point in the show." https://www.tablotv.com/blog/tablo-web-app-overview/.

The digital storage of television broadcast programs and time information by the Tablo Dual 64 GB OTA DVR allows the stored television broadcast programs to be synchronized with respect to one another.

3

KR
Kent & Risley LLC



| | |
|---|---|
| | When a user tunes to a particular television channel, the Tablo Dual 64 GB OTA DVR begins a live TV buffer. In responding to a question on Amazon.com included in the listing for the Tablo Dual 64 GB OTA DVR, TabloTV stated on December 22, 2014, "We do record the live TV channel you're currently watching in the background so that we can enable the pause and rewind functions for live TV."<br><br>The live TV buffer digitally stores up to 60 minutes of content in a first-in/first-out manner. For example, Tablo TV, responding to a thread in the Tablo support forum, stated that "Tablo only keeps a 1 hour moving window of 'buffer' on the hard drive which is discarded when the stream stops so it won't fill up your hard drive." https://community.tablotv.com/t/limiting-live-tv-recording/6240/17.<br><br>The buffer continues so long as the tuner is tuned to that particular channel, even if the user stops viewing that channel. For example, Tablo's website states, "For playback of live TV, Tablo has a feature that continues recording on the channel for an hour after the user has stopped watching the channel. This is so the user can re-join the channel and watch live TV without waiting 12 seconds for playback to start." https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. A Tablo user described such functionality in the Tablo support forum: "I just tuned in a Live TV channel, and watch (*sic*) for a minute. Then exited viewing that channel, which brought me to the guide display. Waited 14 minutes. Went back to the original Live TV channel, and had 14 minutes I could view." https://community.tablotv.com/t/limiting-live-tv-recording/6240/17.<br><br>The Tablo Dual 64 GB OTA DVR permits a user to pause live TV, as well as to rewind and fast-forward through stored programs. For example, in response to a question posted in the Tablo Support forum asking whether Tablo enables the user to pause live TV, Tablo Support stated, "Yes, you can pause live and recorded TV with Tablo. You can also rewind and (if you're rewound) fast forward through live TV." https://support.tablotv.com/hc/en-us/articles/201445306-Does-Tablo-enable-you-to-pause-live-TV-<br><br>The Tablo Dual 64 GB OTA DVR's dual tuners permit a user to tune into two concurrently stored television programs. https://www.tablotv.com/blog/tablo-tuner-math/. This allows a user to watch two concurrently stored programs (or stored portions of ongoing programs) by changing between active streams.<br><br>Users of the Tablo Dual 64 GB OTA DVR describe swapping back and forth between stored programs, including programs stored in the live TV buffer. For example, one Tablo user describes "Playing ***Live*** |



| | |
|---|---|
| | ***TV*** on my phone or tablet works as expected. I can pause jump back in (*sic*) forth within the buffer, change channels, then move within the buffer after changing the channel." https://community.tablotv.com/t/android-app-and-casting-from-android-app/2383/8. Another Tablo user, in describing the operation of Tablo's two-tuner models, states that "after you tune a channel in and start watching after the buffer, then change to another channel and wait for the buffer, now both of those channels remain buffered until you switch to a 3rd channel (I'm talking about a 2 tuner model), then the 1st one drops out of the buffer. The two most recent channels can now be switched back and forth, although there is still about a 3-5 second lag, but still much faster than the buffer." https://community.tablotv.com/t/how-quickly-can-you-change-channels-in-live-tv/5609/7. TabloTV commented on this thread, stating that "[o]nce you've tuned to a channel it should come back VERY quickly. So if you have both of your 'tornado stations' tuned [referring to the user's specific interest in changing between weather-related broadcasts], you should be able to flip back & forth without the extended start-up time that it takes to begin a stream." *Id.*<br><br>The Tablo Dual 64 GB OTA DVR also allows a user to simultaneously watch two stored programs (or stored portions of ongoing programs) using "Picture-in-Picture"-like functionality: "Get 'Picture in Picture' – By opening two tabs, view two different channels at once or browse content in one tab and watch programming in another." https://www.tablotv.com/blog/tablo-web-app-overview/. |



https://community.tablotv.com/t/picture-in-picture-pip/3062/3.

The ability to swap between programs playing on alternate tuners (or to view multiple programs simultaneously using the "Picture-in-Picture"-like feature), combined with the ability to pause a program and to move forward and backward through a program, permits a user to, for example, surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46.

For example, in response to a question on Amazon.com included under the listing for the Tablo Dual 64 GB OTA DVR, Tablo Support stated on January 11, 2018: "You can stream the same live TV stream from multiple devices, but these streams are independent. This is so you can pause one, and leave the other running, etc." [Question 219 as of Feb. 27, 2018]. While the specific question related to watching the same television program on two different devices, Tablo Support's answer indicates that one stream can be paused while another is left running. Thus, a user could view one stream (e.g., a television program stored in the buffer corresponding to Tuner 1), while another stream (e.g.,



| | |
|---|---|
| | a television program stored in the buffer corresponding to Tuner 2) is paused. The user could then switch from Tuner 1 to Tuner 2, beginning to view the program on Tuner 2 at the point in the buffer where the user paused the stream. |
| a channel viewer, coupled to said mass storage unit, that retrieves a portion of one of said plurality of stored television broadcast programs from said mass data storage unit based on a received command and presents said portion on a video display device. | Tablo Dual 64 GB OTA DVR: The Tablo system includes a channel viewer coupled to the mass data storage unit that allows a user to retrieve a portion of a television broadcast program based on a received command and presents the portion of the television broadcast program on a video display device.<br><br>A user may select a stored program from the Tablo Dual 64 GB OTA DVR in various ways. For example, the Tablo Dual 64 GB OTA DVR provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded: "To watch live TV, you can either select the channel identifier on the leftmost side of the screen or select a program that is currently being broadcast and select the play icon in the information section at the top of the screen." https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |



https://www.tablotv.com/tv-guide-data-subscriptions/.

As discussed above, a user may switch back and forth between programs that the user has already selected with an available tuner. The Tablo Dual 64 GB OTA DVR will begin displaying the program from the previously established buffer. As TabloTV stated in the Tablo support forum: "Once you've tuned to a channel it should come back VERY quickly. So if you have both of your 'tornado stations' tuned, you should be able to flip back & forth without the extended start-up time that it takes to begin a stream." https://community.tablotv.com/t/how-quickly-can-you-change-channels-in-live-tv/5609/7.

A user may also select a stored program from the list of previously recorded programs.



Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

3:23 PM
Recordings
ALMOST HUMAN
ARCTIC AIR
BIG BANG THEORY
BLACKLIST
BROOKLYN NINE-NINE
CBC News: Ottawa
CORNER GAS
ROBIN WILLIAMS
THE CRAZY ONES
CSI:
CTV NEWS
Days of our Lives
NEW YEAR'S ROCKIN' EVE 2014
The Doctors
THE DR. OZ SHOW
Driving Television
HEARTLAND
The Help
Hockey
HOSTAGES
THE MICHAEL J. FOX SHOW
A B C D H K M N P Q R S T

"The Recordings Screen displays all the programs that have been recorded by your Tablo onto the Hard Drive. Selecting a program will bring up a program pop-up screen with details on the seasons and episodes that have been recorded.

Recordings are visible in the recordings screen shortly after the recording has started and can be watched while the recording is in progress."

9

KR
Kent & Risley LLC



Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

Bell
3:24 PM
72%
Recordings
ALMOST HUMAN
The Big Bang Theory
Sitcom / 8 Seasons / 62 Episodes
First Aired September 24, 2007 Running Time 30 minutes
Mensa-fied best friends and roommates Leonard and Sheldon, physicists who work at the California Institute of Technology, may be able to tell everybody more than they want to know about quantum physics, but getting through most basic social situations, especially ones involving women, totally baffles them. How lucky, then, that babe-alicious waitress/aspiring actress Penny moves in next door. Frequently seen hanging out with Leonard and Sheldon are friends and fellow Caltech scientists Wolowitz and Koothrappali. Will worlds collide? Does Einstein theorize in the woods?
Other
S01
S02
S03
S04
S05
S06
S07
3 The Scavenger Vortex Thursday, January 16
4 The Raiders Minimization Thursday, January 23
10 The Discovery Dissipation Thursday, December 05
CORNER GAS
DR. OZ
STAGES

"Selecting the play button next to the episode will launch the video player to play the selected episode. Selecting the episode, will expand the description to include a synopsis of the episode and a snapshot of the episode a few minutes into the recording.

Select the play button next to the episode to launch the video player. Select the episode to expand the description to show a snapshot and more details on that particular episode."

https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-.

10

KR
Kent & Risley LLC



Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| 2. The DVR as recited in claim 1 wherein said mass data storage unit stores said plurality of channels on a first-in-first-out basis. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR stores television broadcast programs/channels in a live TV buffer on a first-in-first-out basis. For example, TabloTV, responding to a thread in the Tablo support forum, stated that "Tablo only keeps a 1 hour moving window of 'buffer' on the hard drive which is discarded when the stream stops so it won't fill up your hard drive." https://community.tablotv.com/t/limiting-live-tv-recording/6240/17.<br><br>Moreover, the Tablo Dual 64 GB OTA DVR deletes the oldest unprotected recording as necessary to make room for new recordings. For example, in describing Tablo's auto-delete feature, Tablo Support stated the following on January 29, 2018:<br><br>"When enabled, the Tablo's auto delete feature will keep a minimum amount of space free on your hard drive at all times. This ensures that your hard drive never reaches 100% storage.<br><br>HARD DRIVE<br><br>ST500LM0 12 HN-M500MB 2AR1 (500 GB)                                              492.26 GB<br>[███████████████████████████████████                    ] 153.41 GB Available<br>☑ Auto-Delete Recordings<br><br>This logic works as follows:<br><br>The oldest, watched and unprotected recordings will always be deleted first." https://support.tablotv.com/hc/en-us/articles/115002651786-How-does-Tablo-s-Auto-delete-feature-work-. |
| 5. The DVR as recited in claim 1 wherein said channel viewer comprises a channel guide database containing pointers to locations in said mass data storage unit. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR's program guide comprises a channel guide database that contains pointers to locations in the mass data storage unit. |



Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | Recordings<br>ALMOST HUMAN<br>ARCTIC AIR<br>BIG BANG THEORY<br>BLACKLIST<br>BROOKLYN NINE-NINE<br>CBC News: Ottawa<br>CORNER GAS<br>ROBIN WILLIAMS<br>THE CRAZY ONES<br>CSI:<br>CTV NEWS<br>Days of our Lives<br>NEW YEAR'S ROCKIN' EVE 2014<br>The Doctors<br>THE DR. OZ SHOW<br>Driving Television<br>Harry Potter<br>HEARTLAND<br>the Help<br>Hockey<br>HOSTAGES<br>THE MICHAEL J. FOX SHOW<br>"The Recordings Screen displays all the programs that have been recorded by your Tablo onto the Hard Drive. Selecting a program will bring up a program pop-up screen with details on the seasons and episodes that have been recorded.<br><br>Recordings are visible in the recordings screen shortly after the recording has started and can be watched while the recording is in progress." |

12

KR
Kent & Risley LLC



Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | <br><br><br>"Selecting the play button next to the episode will launch the video player to play the selected episode. Selecting the episode, will expand the description to include a synopsis of the episode and a snapshot of the episode a few minutes into the recording.<br><br>Select the play button next to the episode to launch the video player. Select the episode to expand the description to show a snapshot and more details on that particular episode."<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
| 6. The DVR as recited in claim 1 wherein said channel viewer displays a channel guide on said video display device, said channel guide providing information regarding a content of said plurality of channels. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR's channel viewer displays a channel guide on the video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are being stored on the DVR. |



| | |
|---|---|
| |  <br><br>"The Live TV screen allows you to watch live TV on your tablet. The screen is divided into two parts. The bottom part of the screen is a program guide arranged by channel and time. You can scroll up and down to select a channel and you can scroll left and right to select a time. Selecting a program will bring up program cover art and more information on the program in the top section of the display. Selecting the INFO icon will return more information on the program. Selecting the REC icon will record the program that is selected in the guide. . . .<br><br>To watch live TV, you can either select the channel identifier on the leftmost side of the screen or select a program that is currently being broadcast and select the play icon in the information section at the top of the screen. . . . |



| | |
|---|---|
| | When a channel is being watched by another user on a different device, or when a recording is in progress on a channel, the channel indicator will pulse red. For a two-tuner unit, if both channels are in use, any attempt to play a different channel will result in an error 'No Tuners Available'."<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
| 7. The DVR as recited in claim 6 wherein said channel guide contains links to locations in said mass data storage unit. | Tablo Dual 64 GB OTA DVR: As illustrated in the image below, the Tablo Dual 64 GB OTA DVR's channel viewer comprises a channel guide that contains links to locations in the mass data storage unit.<br><br>"The Recordings Screen displays all the programs that have been recorded by your Tablo onto the Hard Drive. Selecting a program will bring up a program pop-up screen with details on the seasons and episodes that have been recorded. |



| | |
|---|---|
| | Recordings are visible in the recordings screen shortly after the recording has started and can be watched while the recording is in progress."<br><br>"Selecting the play button next to the episode will launch the video player to play the selected episode. Selecting the episode, will expand the description to include a synopsis of the episode and a snapshot of the episode a few minutes into the recording.<br><br>Select the play button next to the episode to launch the video player. Select the episode to expand the description to show a snapshot and more details on that particular episode."<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
| 8. The DVR as recited in claim 1 further comprising a pointing device, cooperable with said channel viewer, | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR works with pointing devices (e.g., touch screens) cooperable with the channel viewer to allow the user to issue commands, including a command to display a particular program from the mass data storage unit: "The Live TV screen |



| that allows a user to issue said command. | allows you to watch live TV on your tablet. The screen is divided into two parts. The bottom part of the screen is a program guide arranged by channel and time. You can scroll up and down to select a channel and you can scroll left and right to select a time. Selecting a program will bring up program cover art and more information on the program in the top section of the display. Selecting the INFO icon will return more information on the program. Selecting the REC icon will record the program that is selected in the guide." https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
|---|---|
| 9. The DVR as recited in claim 1 wherein said channel viewer presents said portion nonlinearly. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR's channel viewer can present a portion of a television program nonlinearly. For example, the Tablo Dual 64 GB OTA DVR's video player controls allow the user to skip forward by 30 seconds.<br><br>"The video player controls the playback of the video you have selected to watch. It contains several controls to manage playback."<br><br>20 Skip Back 20 seconds<br>30 Skip Forward 30 seconds<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
| 10. The DVR as recited in claim 1 wherein said mass data storage unit receives, digitally compresses and digitally stores said plurality of channels. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR stores uncompressed over-the-air digital television signals, compresses them according to the H.264 video compression standard, and stores the compressed signals in memory.<br><br>https://www.tablotv.com/products/tablo-dual-ota-dvr/; https://support.tablotv.com/hc/en-us/articles/201445376-In-what-format-does-Tablo-save-the-video-audio-stream-to-the-hard-drive-. |
| 12. The DVR as recited in claim 1 further comprising an archive storage unit, coupled to said channel viewer, that stores said portion. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR includes an archive storage, coupled to the channel viewer, that stores programs selected by the user:<br><br>"The Live TV screen allows you to watch live TV on your tablet. The screen is divided into two parts. The bottom part of the screen is a program guide arranged by channel and time. You can scroll up and down to select a channel and you can scroll left and right to select a time. Selecting a program |



| | |
|---|---|
| | will bring up program cover art and more information on the program in the top section of the display. Selecting the INFO icon will return more information on the program. Selecting the REC icon will record the program that is selected in the guide."<br><br>https://support.tablotv.com/hc/en-us/articles/201749027. |
| 13. The DVR as recited in claim 1 further comprising a channel selector, coupled to said mass data storage unit, that allows a user to identify said plurality of channels. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR includes a channel selector, coupled to the mass data storage unit, that allows a user to identify a plurality of channels/television broadcast programs.<br><br><br><br>"The Live TV screen allows you to watch live TV on your tablet. The screen is divided into two parts. The bottom part of the screen is a program guide arranged by channel and time. You can scroll up and down to select a channel and you can scroll left and right to select a time. Selecting a program will bring up program cover art and more information on the program in the top section of the display. Selecting the INFO icon will return more information on the program. Selecting the REC icon will record the program that is selected in the guide. . . . |



| | |
|---|---|
| | To watch live TV, you can either select the channel identifier on the leftmost side of the screen or select a program that is currently being broadcast and select the play icon in the information section at the top of the screen. . . .<br><br>When a channel is being watched by another user on a different device, or when a recording is in progress on a channel, the channel indicator will pulse red. For a two-tuner unit, if both channels are in use, any attempt to play a different channel will result in an error 'No Tuners Available'."<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-.<br><br>In particular, since the Tablo Dual 64 GB OTA DVR includes two tuners, the user can identify (and tune to) a plurality of channels/programs to store concurrently. For example, as TabloTV stated in the Tablo support forum: "Once you've tuned to a channel it should come back VERY quickly. So if you have both of your 'tornado stations' tuned, you should be able to flip back & forth without the extended start-up time that it takes to begin a stream." *Id.* |
| 16. The DVR as recited in claim 1 wherein said plurality of channels are formatted in a selected one of:<br>NTSC analog TV,<br>PAL/SECAM analog TV,<br>digital TV,<br>analog HDTV, and<br>digital HDTV. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR receives a plurality of channels/television broadcast programs that are formatted in, for example, digital HDTV: "The Tablo DUAL Over-The-Air DVR makes it even easier for cord cutters to stream and record live TV right out of the box. With two tuners and 64GB onboard storage, you can record and stream up to two free broadcast channels from your HDTV antenna without the need for an external hard drive."<br>https://www.tablotv.com/products/tablo-dual-ota-dvr/. |
| 17. The DVR as recited in claim 1 wherein said DVR selectively moves by one commercial time unit within said one of said plurality of channels in response to a second received command. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR allows a user to submit a command prompting the Tablo to move forward in a program by one commercial time unit (e.g., 30 seconds).<br><br>"The video player controls the playback of the video you have selected to watch. It contains several controls to manage playback." |



| | |
|---|---|
| | Skip Back 20 seconds<br>Skip Forward 30 seconds<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
| 18. The DVR as recited in claim 17 wherein said received command is employable to achieve catch-up viewing. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR's skip-forward command is employable to achieve catch-up viewing. For example, a Tablo user, in answering a question included in the Amazon listing for the Tablo Dual 64 GB OTA DVR, indicated that the Tablo allows a user to "start recording my nightly news and while recording, start watching the news that is being recorded on my roku and ff thru commercials." [Question 232 as of Feb. 27, 2018]. |
| 19. A method of operating a digital video recorder, comprising the steps of: | Tablo Dual 64 GB OTA DVR: "A network-connected DVR, Tablo is a whole-home-DVR and placeshifter combined that uses WiFi or Ethernet to stream live and recorded HDTV content to Tablo apps on all the connected devices inside your home or anywhere you have high-speed internet." https://www.tablotv.com/products/tablo-dual-ota-dvr/. |
| receiving a plurality of television broadcasts, each television broadcast including a video signal; and | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR includes a mass data storage unit that concurrently and continuously receives and digitally stores a plurality of television broadcast programs.<br><br>The Tablo Dual 64 GB OTA DVR includes "64GB of onboard storage gives cord cutters 40 hours of HD recording storage, right out of the box." https://www.tablotv.com/products/tablo-dual-ota-dvr/.<br><br>The Tablo receives digital OTA television signals: |



Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| |   https://www.tablotv.com/products/tablo-dual-ota-dvr/ <br><br> "Most of your favorite network TV shows and prime time sports are broadcast live for FREE to anyone who can receive a signal through a digital TV antenna. Want to know which TV shows are broadcast Over-The-Air (OTA) during prime time in your area? Let's find out!" <br><br> https://www.tablotv.com/tools/. |
| concurrently and continuously digitally storing said plurality of television broadcasts on a mass data storage unit and storing said plurality of television broadcasts together with time information to allow said plurality of stored television broadcasts to be synchronized with respect to one another upon replay of said stored television broadcasts. | The Tablo Dual 64 GB OTA DVR digitally stores recorded programs: "Video Format: H.264 (HLS: HTTP Live Streaming)." https://www.tablotv.com/tools/. See also https://support.tablotv.com/hc/en-us/articles/201445386-What-compression-audio-video-codes-does-Tablo-use- (Tablo Support: "We transcode ATSC MPEG 2 to H.264. The Tablo currently transcodes the AC3 to two channel AAC."). <br><br> The Tablo Dual 64 GB OTA DVR also concurrently and continuously receives and digitally stores a plurality of television broadcast programs: "Concurrent Streams: Watch and record up to two shows simultaneously." https://www.tablotv.com/products/tablo-dual-ota-dvr/. <br><br> The Tablo Dual 64 GB OTA DVR also receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the Tablo system displays a program guide containing information regarding the start and end times of programs. |



https://www.tablotv.com/tv-guide-data-subscriptions/

This is also evidenced, for example, by the Tablo system's ability to display an on-screen timer for a program stored or being stored on the Tablo Dual 64 GB OTA DVR that illustrates (among other things) the user's current point in a program: "Scroll to any point in the recording – The scrubber bar lets you zoom through commercials or to a specific point in the show." https://www.tablotv.com/blog/tablo-web-app-overview/.

The digital storage of television broadcast programs and time information by the Tablo Dual 64 GB OTA DVR allows the stored television broadcast programs to be synchronized with respect to one another.

When a user tunes to a particular television channel, the Tablo Dual 64 GB OTA DVR begins a live TV buffer. In responding to a question on Amazon.com included in the listing for the Tablo Dual 64 GB



| | |
|---|---|
| | OTA DVR, TabloTV stated on December 22, 2014, "We do record the live TV channel you're currently watching in the background so that we can enable the pause and rewind functions for live TV."<br><br>The live TV buffer digitally stores up to 60 minutes of content in a first-in/first-out manner. For example, Tablo TV, responding to a thread in the Tablo support forum, stated that "Tablo only keeps a 1 hour moving window of 'buffer' on the hard drive which is discarded when the stream stops so it won't fill up your hard drive." https://community.tablotv.com/t/limiting-live-tv-recording/6240/17.<br><br>The buffer continues so long as the tuner is tuned to that particular channel, even if the user stops viewing that channel. For example, Tablo's website states, "For playback of live TV, Tablo has a feature that continues recording on the channel for an hour after the user has stopped watching the channel. This is so the user can re-join the channel and watch live TV without waiting 12 seconds for playback to start." https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. A Tablo user described such functionality in the Tablo support forum: "I just tuned in a Live TV channel, and watch (*sic*) for a minute. Then exited viewing that channel, which brought me to the guide display. Waited 14 minutes. Went back to the original Live TV channel, and had 14 minutes I could view." https://community.tablotv.com/t/limiting-live-tv-recording/6240/17.<br><br>The Tablo Dual 64 GB OTA DVR permits a user to pause live TV, as well as to rewind and fast-forward through stored programs. For example, in response to a question posted in the Tablo Support forum asking whether Tablo enables the user to pause live TV, Tablo Support stated, "Yes, you can pause live and recorded TV with Tablo. You can also rewind and (if you're rewound) fast forward through live TV." https://support.tablotv.com/hc/en-us/articles/201445306-Does-Tablo-enable-you-to-pause-live-TV-<br><br>The Tablo Dual 64 GB OTA DVR's dual tuners permit a user to tune into two concurrently stored television programs. https://www.tablotv.com/blog/tablo-tuner-math/. This allows a user to watch two concurrently stored programs (or stored portions of ongoing programs) by changing between active streams.<br><br>Users of the Tablo Dual 64 GB OTA DVR describe swapping back and forth between stored programs, including programs stored in the live TV buffer. For example, one Tablo user describes "Playing ***Live TV*** on my phone or tablet works as expected. I can pause jump back in (*sic*) forth within the buffer, change channels, then move within the buffer after changing the channel." |



| | |
|---|---|
| | https://community.tablotv.com/t/android-app-and-casting-from-android-app/2383/8. Another Tablo user, in describing the operation of Tablo's two-tuner models, states that "after you tune a channel in and start watching after the buffer, then change to another channel and wait for the buffer, now both of those channels remain buffered until you switch to a 3rd channel (I'm talking about a 2 tuner model), then the 1st one drops out of the buffer. The two most recent channels can now be switched back and forth, although there is still about a 3-5 second lag, but still much faster than the buffer." https://community.tablotv.com/t/how-quickly-can-you-change-channels-in-live-tv/5609/7. TabloTV commented on this thread, stating that "[o]nce you've tuned to a channel it should come back VERY quickly. So if you have both of your 'tornado stations' tuned [referring to the user's specific interest in changing between weather-related broadcasts], you should be able to flip back & forth without the extended start-up time that it takes to begin a stream." *Id.*<br><br>The Tablo Dual 64 GB OTA DVR also allows a user to simultaneously watch two stored programs (or stored portions of ongoing programs) using "Picture-in-Picture"-like functionality: "Get 'Picture in Picture' – By opening two tabs, view two different channels at once or browse content in one tab and watch programming in another." https://www.tablotv.com/blog/tablo-web-app-overview/. |



https://community.tablotv.com/t/picture-in-picture-pip/3062/3.

The ability to swap between programs playing on alternate tuners (or to view multiple programs simultaneously using the "Picture-in-Picture"-like feature), combined with the ability to pause a program and to move forward and backward through a program, permits a user to, for example, surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46.

For example, in response to a question on Amazon.com included under the listing for the Tablo Dual 64 GB OTA DVR, Tablo Support stated on January 11, 2018: "You can stream the same live TV stream from multiple devices, but these streams are independent. This is so you can pause one, and leave the other running, etc." [Question 219 as of Feb. 27, 2018]. While the specific question related to watching the same television program on two different devices, Tablo Support's answer indicates that one stream can be paused while another is left running. Thus, a user could view one stream (e.g., a television program stored in the buffer corresponding to Tuner 1), while another stream (e.g.,



| | |
|---|---|
| | a television program stored in the buffer corresponding to Tuner 2) is paused. The user could then switch from Tuner 1 to Tuner 2, beginning to view the program on Tuner 2 at the point in the buffer where the user paused the stream. |
| 20. The method as recited in claim 19 further comprising creating pointers to locations in said mass data storage unit in a channel guide database. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR creates pointers to locations in the mass data storage unit in a channel guide database.<br><br>"The Recordings Screen displays all the programs that have been recorded by your Tablo onto the Hard Drive. Selecting a program will bring up a program pop-up screen with details on the seasons and episodes that have been recorded.<br><br>Recordings are visible in the recordings screen shortly after the recording has started and can be watched while the recording is in progress." |



Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | "Selecting the play button next to the episode will launch the video player to play the selected episode. Selecting the episode, will expand the description to include a synopsis of the episode and a snapshot of the episode a few minutes into the recording.<br><br>Select the play button next to the episode to launch the video player. Select the episode to expand the description to show a snapshot and more details on that particular episode."<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
| 21. The method as recited in claim 19 further comprising the step of displaying a channel guide on a video display device, said channel guide providing information regarding a content of at least one of said plurality of channels. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR displays a channel guide on the video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are being stored on the DVR. |



| | |
|---|---|
| |  <br><br>"The Live TV screen allows you to watch live TV on your tablet. The screen is divided into two parts. The bottom part of the screen is a program guide arranged by channel and time. You can scroll up and down to select a channel and you can scroll left and right to select a time. Selecting a program will bring up program cover art and more information on the program in the top section of the display. Selecting the INFO icon will return more information on the program. Selecting the REC icon will record the program that is selected in the guide. . . .<br><br>To watch live TV, you can either select the channel identifier on the leftmost side of the screen or select a program that is currently being broadcast and select the play icon in the information section at the top of the screen. . . . |



Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | When a channel is being watched by another user on a different device, or when a recording is in progress on a channel, the channel indicator will pulse red. For a two-tuner unit, if both channels are in use, any attempt to play a different channel will result in an error 'No Tuners Available'."<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
| 22. The method as recited in claim 21 wherein said channel guide contains links to locations in said mass data storage unit. | Tablo Dual 64 GB OTA DVR: As illustrated in the image below, the Tablo Dual 64 GB OTA DVR's channel guide contains links to locations in the mass data storage unit.<br><br>"The Recordings Screen displays all the programs that have been recorded by your Tablo onto the Hard Drive. Selecting a program will bring up a program pop-up screen with details on the seasons and episodes that have been recorded. |



| | |
|---|---|
| | Recordings are visible in the recordings screen shortly after the recording has started and can be watched while the recording is in progress."<br><br>"Selecting the play button next to the episode will launch the video player to play the selected episode. Selecting the episode, will expand the description to include a synopsis of the episode and a snapshot of the episode a few minutes into the recording.<br><br>Select the play button next to the episode to launch the video player. Select the episode to expand the description to show a snapshot and more details on that particular episode."<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
| 23. The method as recited in claim 19 further comprising the step of receiving a command to replay one of said stored television broadcasts. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR receives a command to replay one of the stored television broadcasts. |



A user may select a stored program from the Tablo Dual 64 GB OTA DVR in various ways. For example, the Tablo Dual 64 GB OTA DVR provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded: "To watch live TV, you can either select the channel identifier on the leftmost side of the screen or select a program that is currently being broadcast and select the play icon in the information section at the top of the screen." https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-.

https://www.tablotv.com/tv-guide-data-subscriptions/.

As discussed above, a user may switch back and forth between programs that the user has already selected with an available tuner. The Tablo Dual 64 GB OTA DVR will begin displaying the program from the previously established buffer. As TabloTV stated in the Tablo support forum: "Once you've



Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

tuned to a channel it should come back VERY quickly. So if you have both of your 'tornado stations' tuned, you should be able to flip back & forth without the extended start-up time that it takes to begin a stream." https://community.tablotv.com/t/how-quickly-can-you-change-channels-in-live-tv/5609/7.

The Tablo Dual 64 GB OTA DVR can also receive a command to play a previously recorded program.

Bell
3:23 PM
72%
Recordings
ALMOST HUMAN
ARCTIC AIR
THE BIG BANG THEORY
BLACKLIST
BROOKLYN NINE-NINE
CBC News: Ottawa
CORNER GAS
ROBIN WILLIAMS
THE CRAZY ONES
CSI:
CRIME SCENE INVESTIGATION
CTV
NEWS
Days of our Lives
NEW YEAR'S ROCKIN' EVE 2014
The Doctors
THE DR. OZ SHOW
DRAGONS' DEN
Driving Television
Harry Potter
HEARTLAND
the Help
Hockey
HOSTAGES
THE MICHAEL J. FOX SHOW
A
B
C
D
H
K
M
N
P
Q
R
S
T

"The Recordings Screen displays all the programs that have been recorded by your Tablo onto the Hard Drive. Selecting a program will bring up a program pop-up screen with details on the seasons and episodes that have been recorded.

32

KR
Kent & Risley LLC



Preliminary Comparison of Tablo's Dual 64 GB OTA DVR with U.S. Patent No. 6,788,882

Recordings are visible in the recordings screen shortly after the recording has started and can be watched while the recording is in progress."

Recordings
The Big Bang Theory
Sitcom / 8 Seasons / 62 Episodes
First Aired September 24, 2007 Running Time 30 minutes
Mensa-fied best friends and roommates Leonard and Sheldon, physicists who work at the California Institute of Technology, may be able to tell everybody more than they want to know about quantum physics, but getting through most basic social situations, especially ones involving women, totally baffles them. How lucky, then, that babe-alicious waitress/aspiring actress Penny moves in next door. Frequently seen hanging out with Leonard and Sheldon are friends and fellow Caltech scientists Wolowitz and Koothrappali. Will worlds collide? Does Einstein theorize in the woods?
Other S01 S02 S03 S04 S05 S06 S07
3 The Scavenger Vortex Thursday, January 16
4 The Raiders Minimization Thursday, January 23
10 The Discovery Dissipation Thursday, December 05

"Selecting the play button next to the episode will launch the video player to play the selected episode. Selecting the episode, will expand the description to include a synopsis of the episode and a snapshot of the episode a few minutes into the recording.

33

KR
Kent & Risley LLC



| | |
|---|---|
| | Select the play button next to the episode to launch the video player. Select the episode to expand the description to show a snapshot and more details on that particular episode."<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
| 24. The method as recited in claim 23 wherein said one of said stored television broadcasts is displayed nonlinearly. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR's channel viewer can display a stored television broadcast nonlinearly. For example, the Tablo Dual 64 GB OTA DVR's video player controls allow the user to skip forward by 30 seconds.<br><br>"The video player controls the playback of the video you have selected to watch. It contains several controls to manage playback."<br><br>20 Skip Back 20 seconds<br>30 Skip Forward 30 seconds<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
| 25. The method as recited in claim 19 wherein said step of concurrently and continuously digitally storing comprises the step of receiving, digitally compressing and digitally storing said plurality of channels. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR stores uncompressed over-the-air digital television signals comprising a plurality of television broadcasts/channels, compresses them according to the H.264 video compression standard, and stores the compressed signals in memory.<br><br>https://www.tablotv.com/products/tablo-dual-ota-dvr/; https://support.tablotv.com/hc/en-us/articles/201445376-In-what-format-does-Tablo-save-the-video-audio-stream-to-the-hard-drive-. |
| 28. The method as recited in claim 19 further comprising the step of allowing a user to identify said plurality of television broadcasts in a channel selector. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR allows the user to identify a plurality of television broadcasts in a channel selector: "Live TV – This screen displays a grid guide that shows what's playing on each channel for the next 24 hours. Selecting a channel will start playback of live TV for that channel. Selecting a program in the guide will allow you to get more information on the program and to select it for recording." https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s- |
| 31. The method as recited in claim 19 further comprising the step of | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR decodes a plurality of channels/television broadcast programs that are formatted in, for example, digital HDTV: "The Tablo DUAL Over-The-Air |



| | |
|---|---|
| decoding said plurality of television broadcasts from a selected one of:<br>NTSC analog TV,<br>PAL/SECAM analog TV,<br>digital TV,<br>analog HDTV, and<br>digital HDTV. | DVR makes it even easier for cord cutters to stream and record live TV right out of the box. With two tuners and 64GB onboard storage, you can record and stream up to two free broadcast channels from your HDTV antenna without the need for an external hard drive."<br>https://www.tablotv.com/products/tablo-dual-ota-dvr/. |
| 32. The method as recited in claim 19 further comprising the step of selectively moving by one commercial time unit within said one of said plurality of television broadcasts in response to a received command. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR can receive a command from a user to selectively move forward in a program by one commercial time unit (e.g., 30 seconds).<br><br>"The video player controls the playback of the video you have selected to watch. It contains several controls to manage playback."<br><br>20 Skip Back 20 seconds<br>30 Skip Forward 30 seconds<br><br>https://support.tablotv.com/hc/en-us/articles/201749027-Chapter-5-Using-the-Tablo-App-s-. |
| 33. The method as recited in claim 32 wherein said step of selectively moving comprises the step of engaging in catch-up viewing. | Tablo Dual 64 GB OTA DVR: The Tablo Dual 64 GB OTA DVR's skip-forward command is employable to achieve catch-up viewing. For example, a Tablo user, in answering a question included in the Amazon listing for the Tablo Dual 64 GB OTA DVR, indicated that the Tablo allows a user to "start recording my nightly news and while recording, start watching the news that is being recorded on my roku and ff thru commercials." [Question 232 as of Feb. 27, 2018]. |

